UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BOARD OF TRUSTEES OF OHIO
LABORERS' FRINGE BENEFIT
PROGRAMS,**

      **Plaintiffs,**

                Case No. 2:13-cv-687
    **v.**            JUDGE GREGORY L. FROST
              Magistrate Judge King
**CONCRETE RESTORATION
SPECIALISTS, LLC**

      **Defendants.**

## OPINION & ORDER

      This matter is before the Court for consideration of the Magistrate Judge's January 22, 2014 Report and Recommendation (ECF No. 22). In that filing, the Magistrate Judge considered Plaintiffs' Motion for Summary Judgment (ECF No. 13) and recommended that the Court grant the same. The Magistrate Judge specifically recommended that plaintiffs be awarded judgment in the amount of $89,426.66 in unpaid contributions, $22,153.10 in liquidated damages and interest, and $1,901.25 in attorney fees, for a total award of $113,481.01.

      The Report & Recommendation advised the parties that, if any party sought review by the District Judge, that party may file objections to the Report and Recommendation within fourteen (14) days. (ECF No. 22, at PAGEID# 69.) The Report and Recommendation further advised the parties that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the Report and Recommendation." (Id.)

1

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 22), **GRANTS** Plaintiffs' motion for summary judgment (ECF No. 13), and awards judgment in the amount of $113,481.01 for Plaintiffs. The Clerk is **DIRECTED** to enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED**.

    **/s/ Gregory L. Frost**
    **GREGORY L. FROST**
    **UNITED STATES DISTRICT JUDGE**